```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/20/2021
```

**J. AVILES & ASSOCIATES, LLC**
145 Hudson Street - Suite 5C
New York, New York 10013
----------------
Telephone (212) 307-0023
Telecopier (212) 307-0187

July 19, 2021

**BY ELECTONIC FILING**
Honorable Stewart D. Aaron
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED. SO ORDERED.

Dated: July 20, 2021

Re:   *Francisco Melo-Cordero v. Shaddai Transport LLC et al*
      Civ. No. 21-CV-4837 (Kaplan, J.) (Aaron, M.J.)

Dear Judge Aaron:

    I represent the plaintiff Francisco Melo-Cordero in the above-referenced case. On July 7, 2021, your Honor Ordered plaintiff to file an affidavit or an amended complaint adequately establishing the existence of subject-matter jurisdiction by July 21, 2021 (Dkt. No. 12). Since that time, the undersigned has made many efforts to discover the citizenships of the members of defendants Shaddai Transport LLC and FTVY Logistics LLC, including online searches, secretary of state searches, and contacting the parties and insurers. I have been unable to uncover any information on Shaddai entirely including active contact information. I have been more successful reaching defendant FTVY Logistics LLC and believe counsel will appear for them soon. Plaintiff then expects to serve interrogatories for such information.

    Plaintiff hereby makes an application to the Court respectfully requesting plaintiff have thirty (30) more days to provide the Court an affidavit or an amended complaint adequately establishing the existence of subject-matter jurisdiction. This is the first request for an extension. Plaintiff is the only party affected.

    Thank you for your consideration of this request.

Respectfully,

**MICHAEL J. AVILES & ASSOCIATES**
*Attorneys for Plaintiff*

_____
Natascia Ayers, Of-Counsel
145 Hudson Street, Suite 5C
New York, New York 10013
Tel: (212) 307-0023
natascia@nayerslaw.com