**WILSON ELSER**
WILSON ELSER MOSKOWITZ EDELMAN & D

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __2/1/2022__

January 31, 2022

**Via ECF**
Honorable Stewart D. Aaron, U.S.M.J.
United States District Court for the Southern District of New York
500 Pearl St.
New York, NY 10007-1312

   Re: *Francisco Melo-Cordero v. FTVY Logistics LLC, Shaddai Transport LLC and Amazon Logistics, Inc.*
      Docket Number: 21-cv-04837 (LAK) (SDA)

Dear Judge Aaron:

  Our office represents the Defendant, Amazon Logistics, Inc. (*hereinafter* "Amazon"). Please allow this correspondence to serve as the joint letter regarding the status of discovery as required by the Report of Rule 26(f) Meeting and Case Management Plan dated November 3, 2021, and joint request for an extension on the deadlines for the completion of party depositions and completion of fact discovery. Since the issuance of the Report of Rule 26(f) Meeting and Case Management Plan, the parties have engaged in written discovery, including serving initial disclosures pursuant to Fed. R. Civ. P. 26 (a)(1), requests for production and interrogatories. All parties have served Rule 26 disclosures. Based upon the nature of requested documents, on January 18, 2022, all parties entered into a Confidentiality Agreement. On January 24, 2022, Plaintiff served responses to Amazon's and FTVY Logistics' Interrogatories and Request for Production, along with Plaintiff's Interrogatories and Request for Productions directed at both FTVY Logistics and Amazon. Counsel for Amazon and FTVY Logistics are in the process of preparing responses to said Interrogatories and Request for Productions. Plaintiff's counsel has provided duly executed authorizations for plaintiff's medical records following the subject accident, and counsel for FTVY Logistics and Amazon are in the process of processing said authorizations and obtaining all records for said facilities. Due to the continued COVID-19 pandemic, there has been a significant delay in receiving records from facilities due to the continued remote work situation or lack of adequate staffing at providers' offices.

  To date, party depositions have not been scheduled. On January 31, 2022, the parties agreed to jointly request a 60 day extension on the deposition deadline and fact discovery deadline from the Court. Currently, party depositions are scheduled to be completed by March 15, 2022, and fact discovery is scheduled to be completed by April 30, 2022. As such, the parties request the party deposition deadline be extended to May 20, 2022, and the fact discovery deadline be extended to June 30, 2022, to allow all parties to receive all records and discovery prior to any party depositions. This is the first request for an extension on the discovery deadlines. To date, all parties have been communicating via email to obtain the outstanding discovery in a timely manner.

1133 Westchester Avenue • White Plains, NY 10604 • p 914.323.7000 • f 914.323.7001

Albany • Baltimore • Boston • Chicago • Connecticut • Dallas • Denver • Garden City • Houston • Kentucky • Las Vegas • London • Los Angeles • Miami
Milwaukee • New Jersey • New York • Orlando • Philadelphia • San Diego • San Francisco • Virginia • Washington, DC • West Palm Beach • White Plains
Affiliates: Berlin • Cologne • Frankfurt • Munich • Paris

wilsonelser.com

As noted above, this is a joint letter regarding the status of discovery and joint request for an extension. Counsel for all parties have discussed the discovery deadlines, and all parties consent to extend the discovery deadlines.

In the event that your Honor would like to discuss this matter further, please feel free to contact counsel for the parties.

We thank the Court for their time and consideration.

          Respectfully Submitted,

          Wilson Elser Moskowitz Edelman & Dicker LLP

          *Brittaney J. Overbeck*
          Attorneys for Defendant, Amazon Logistics, Inc.

Application GRANTED. Although the Court is granting the requested extension, the Court reminds the parties of their obligation to diligently move this case forward. Future extensions will be sparingly granted, and only if good cause is shown. SO ORDERED.
Dated: February 1, 2022