```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/8/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Francisco Melo-Cordero,

                Plaintiff,

-against-

Shaddai Transport LLC et al.,

                Defendants.

1:21-cv-04837 (LAK) (SDA)

ORDER FOR
<u>TELEPHONE CONFERENCE</u>

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      The parties are directed to appear for a telephone conference on Tuesday, February 15, 2022, at 11:00 a.m. to discuss the status of Defendant Shaddai Transport LLC. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

**SO ORDERED.**

Dated:      New York, New York
              February 8, 2022

_____
STEWART D. AARON
United States Magistrate Judge