```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/18/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Francisco Melo-Cordero,

               Plaintiff,

-against-

Shaddai Transport LLC et al.,

               Defendants.

1:21-cv-04837 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

      Following a telephone conference on Tuesday, February 15, 2022, it is hereby Ordered that, no later than Friday, March 4, 2022, Plaintiff shall file a letter indicating whether he would like to file a motion for default judgment against Defendant Shaddai Transport LLC at this juncture, as to liability only, or to file a motion as to liability and damages at the time of trial.

**SO ORDERED.**

Dated:      New York, New York
              February 18, 2022

_____
STEWART D. AARON
United States Magistrate Judge