USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-23-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO MELO-CORDERO,

           Plaintiff,

-against-

FTVY LOGISTICS LLC, SHADDAI TRANSPORT LLC, and AMAZON LOGISTICS, INC.,

           Defendants.

Case No. 1:21-cv-04837

**DEFAULT JUDGMENT**

This action having been commenced on June 1, 2021 by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendant SHADDAI TRANSPORT LLC on June 16, 2021, and a proof of service having been filed on July 2, 2021 and the defendant SHADDAI TRANSPORT LLC not having answered the Complaint, and the time for answering the Complaint having expired, it is

**ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against defendant SHADDAI TRANSPORT LLC in an amount to be determined at an inquest hearing and/or trial with remaining defendants.

Dated: 2/23/22

                                                _____
                                                United States District Judge

This document was entered on the docket on _____.