USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Francisco Melo-Cordero,

                Plaintiff,

-against-

Shaddai Transport LLC et al.,

                Defendants.

1:21-cv-04837 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    Whereas, on February 23, 2022, District Judge Kaplan entered a default judgment against defendant Shaddai Transport LLC (Default J., ECF No. 38), it is hereby Ordered that the Court's February 18, 2022 Order (ECF No. 37) is VACATED.

**SO ORDERED.**

Dated:    New York, New York
             February 23, 2022

_____
STEWART D. AARON
United States Magistrate Judge