```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/29/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Francisco Melo-Cordero,

                Plaintiff,

-against-

Shaddai Transport LLC et al.,

                Defendants.

1:21-cv-04837 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    In accordance with the Court's May 31, 2022 Order, Defendants were to file their opposition to Plaintiff's motion to amend no later than June 28, 2022. (5/31/2022 Order, ECF No. 44.) As of the date of this Order, no opposition has been filed. If Defendants do not file their opposition by July 1, 2022, the Court will consider the motion as unopposed. Plaintiff shall file his reply no later than 10 days after any opposition is filed.

**SO ORDERED.**

Dated:     New York, New York
            June 29, 2022

                                          _____
                                          STEWART D. AARON
                                          United States Magistrate Judge