```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/6/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Francisco Melo-Cordero,

                Plaintiff,

-against-

Shaddai Transport LLC et al.,

                Defendants.

1:21-cv-04837 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Following a telephone conference with the parties, it is hereby Ordered as follows:

1. The proposed schedule for the completion of discovery set forth in Defendants' September 30, 2022 Joint Letter Motion (ECF No. 67) is approved. The parties may adjust the interim deadlines on consent without approval from the Court.

2. No later than October 13, 2022, Defendant Amazon Logistics, Inc. shall provide three dates, prior to December 1, 2022, when its witness(es) are available for a deposition. Thereafter, the parties shall meet and confer regarding the scheduling of Amazon's deposition.

**SO ORDERED.**

Dated:      New York, New York
              October 6, 2022

_____
STEWART D. AARON
United States Magistrate Judge