DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-24-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO MELO-CORDERO,

           Plaintiff,

-against-

WINDELL I. ROBINSON, FTVY LOGISTICS LLC, SHADDAI TRANSPORT LLC, SHADDAI TRANSPORT OF NJ LLC, and AMAZON LOGISTICS, INC.,

           Defendants.

Case No. 1:21-cv-04837

**DEFAULT JUDGMENT**

    This action having been commenced on June 1, 2021, by the filing of the Summons and Complaint, and Amended Summons and Complaint filed on July 5, 2022, said Amended Complaint having been served on the defendant WINDELL I. ROBINSON by posting same to his premises, with proofs of service filed on September 13th & 14th, 2022, CMECF Docs. Nos. 65 and 66, said Defendant not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, it is,

    **ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against defendants WINDELL I. ROBINSON, in an amount to be determined at an inquest hearing and/or trial with remaining defendants.

Dated: New York, New York
        10/24, 2022

_____
United States District Judge

This document was entered on the docket on 10/24/22 @ 12:50