USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10-24-22

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FRANCISCO MELO-CORDERO,

                Plaintiff,

   -against-

WINDELL I. ROBINSON, FTVY LOGISTICS LLC,
SHADDAI TRANSPORT LLC, SHADDAI
TRANSPORT OF NJ LLC, and AMAZON
LOGISTICS, INC.,

                Defendants.

Case No. 1:21-cv-04837

**DEFAULT JUDGMENT**

This action having been commenced on June 1, 2021, by the filing of the Summons and Complaint, and Amended Summons and Complaint filed on July 5, 2022, said Amended Complaint having been served on the defendant SHADDAI TRANSPORT OF NJ, LLC, by serving said papers on Andrea Royston, Manager of Elsivisor Company, authorized agent of SHADDAI TRANSPORT OF NJ, LLC, pursuant to 49 CFR 366, and proof of service was therefore filed on July 19, 2022, (CMECF Doc. No. 57), said Defendants not having answered the Amended Complaint, and the time for answering the Amended Complaint having expired, it is,

**ORDERED, ADJUDGED AND DECREED**: That the plaintiff have judgment against defendant SHADDAI TRANSPORT OF NJ, LLC, in an amount to be determined at an inquest hearing and/or trial with remaining defendants.

Dated: New York, New York
_____, 2022

_____
United States District Judge

This document was entered on the docket
on 10/24/22 @ 12:52