UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRANCISCO MELO-CORDERO,

                Plaintiff,

        -against-                              21-cv-4837 (LAK)(SDA)

SHADDAI TRANSPORT LLC, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        The order vacating the default judgment entered against defendant Windell Robinson dated today (Dkt 102) is vacated. The Court leaves to Magistrate Judge Aaron to decide that motion.

        SO ORDERED.

Dated:      May 11, 2023

                                                /s/ Lewis A. Kaplan
                                                   Lewis A. Kaplan
                                            United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5-11-2023