UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

FRANCISCO MELO-CORDERO,

                Plaintiff,

-against-

SHADDAI TRANSPORT LLC, SHADDAI
TRANSPORT OF NJ LLC, FTVY LOGISTICS
LLC, and AMAZON LOGISTICS, INC.,

                Defendants.
-----------------------------------------------------------x

**MEMO ENDORSED**

Index No.: 1:21-cv-04837

**NOTICE OF MOTION TO
VACATE DEFAULT AND FOR
LEAVE TO FILE AN ANSWER
WITH THIRD PARTY
COMPLAINT**

SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-31-23

TO:
**Attorneys for Plaintiff**

Natascia Ayers, Esq.
Michael J. Aviles & Associates, LLC
145 Hudson Street, Suite 5C
New York, NY 10013
Tel:  (646) 942-6664
Fax:  (212) 327-0187
natascia@nayerslaw.com

Paula – paula@mjavileslaw.com
S. Holmes – sholmes@mjavileslaw.com

**Attorneys for FTVY Logistics, LLC**

Ann P. Eccher, Esq.
Smith Mazure, P.C.
111 John Street, 20th Flor
New York, NY 10038
Tel:  (212) 964-7400
Direct: (516) 414-5702
Fax:  (212) 374-1935
aeccher@smithmazure.com

The motion is granted to the extent that the default is vacated and otherwise denied substantially for the reasons set forth in the Report and recommendation of the Magistrate Judge. The point raised in the letter of defense counsel should be taken up with the Magistrate Judge.

SO ORDERED
/s/ Lewis A. Kaplan
LEWIS A. KAPLAN, USDJ
5/31/23