**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:   9/18/2023
```

Francisco Melo-Cordero,

                                    Plaintiff,

            -against-

Shaddai Transport LLC et al.,

                                    Defendants.

**1:21-cv-04837 (LAK) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Given the Court's August 24, 2023 Order granting an extension of the discovery deadlines (8/24/2023 Order, ECF No. 119), it is hereby Ordered that the deadline for the parties to file a joint letter regarding the status of expert discovery (*see* 7/31/2023 Mem. End., ECF No. 115 (ordering parties to file a joint letter regarding the status of expert discovery on September 15, 2023)) is extended *nunc pro tunc* until November 15, 2023.

**SO ORDERED.**

Dated:        New York, New York
              September 18, 2023

_____
STEWART D. AARON
United States Magistrate Judge