```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/16/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Francisco Melo-Cordero,

                Plaintiff,

-against-

Shaddai Transport LLC et al.,

                Defendants.

1:21-cv-04837 (LAK) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

       Given the Court's November 8, 2023 Order granting an extension of the expert discovery deadline (11/8/2023 Order, ECF No. 126), it is hereby Ordered that the deadline for the parties to file a joint letter regarding the status of expert discovery (*see* 9/18/2023 Order, ECF No. 120 (extending time for parties to file a joint letter regarding the status of expert discovery until November 15, 2023)) is extended *nunc pro tunc* until January 10, 2024.

SO ORDERED.

Dated:    New York, New York
            November 16, 2023

_____
STEWART D. AARON
United States Magistrate Judge