```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/7/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Francisco Melo-Cordero,

    Plaintiff,

-against-

Shaddai Transport LLC et al.,

    Defendants.

1:21-cv-04837 (LAK) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of the March 5, 2024 letter from James Barletti ("Attorney Barletti") of Gold, Albanese, & Barletti, LLC, counsel for Defendant Robinson, seeking a 30-day extension of the discovery deadlines. (3/5/24 Letter, ECF No. 134.) That request is DENIED WITHOUT PREJUDICE. It is hereby Ordered as follows:

1. No later than Tuesday, March 12, 2024, Attorney Barletti shall file his anticipated motion for admission *pro hac vice*.

2. No later than Thursday, March 14, 2024, Defendant Robinson may renew his request for an extension of the expert discovery deadline. Any such request shall set forth the specific discovery that Defendant Robinson is seeking. Any extension, other than for expert depositions, shall be for the benefit of Defendant Robinson only, as no other party sought an extension of the deadline for any other purpose. (*See* 1/30/24 Memo End., ECF No. 131 ("If any party (other than Defendant Robinson) is seeking an extension of the February 22, 2024 deadline for any purpose other than the

completion of depositions, that party shall make a separate application to the Court.").)

The Court will email a copy of this Order to Attorney Barletti, who has not yet appeared as counsel of record, at Main@goldandalbanese.com and Jim@goldandalbanese.com.

**SO ORDERED.**

Dated:   New York, New York
         March 7, 2024

_____
STEWART D. AARON
United States Magistrate Judge