USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/26/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Francisco Melo-Cordero,

                Plaintiff,

-against-

Shaddai Transport LLC et al.,

                Defendants.

1:21-cv-04837 (LAK) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

No later than April 2, 2024, the parties shall file a joint letter regarding proposed next steps in this action, including whether they wish to be referred to mediation and/or whether any party intends to file a dispositive motion, in which case the parties shall include a proposed briefing schedule.

**SO ORDERED.**

Dated:    New York, New York
            March 26, 2024

_____
STEWART D. AARON
United States Magistrate Judge