**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    9/4/2024
```

Francisco Melo-Cordero,

              **Plaintiff,**

      -against-

Shaddai Transport LLC et al.,

             **Defendants.**

**1:21-cv-04837 (LAK) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

WHEREAS, on April 2, 2024, the parties filed a joint letter indicating that they were conducting settlement negotiations and indicating that, if the case did not settle, certain parties intended to file motions for summary judgment (4/2/24 Letter, ECF No. 146); and

WHEREAS, on April 2, 2024, the Court approved the parties' proposed schedule for the anticipated motions for summary judgment (Memo End., ECF No. 147); and

WHEREAS, as of the date of this Order, no such motions have been filed.

NOW, THEREFORE, IT IS HERBEY ORDERED THAT, no later than September 9, 2024, the parties shall file a joint letter regarding the status of this action.

**SO ORDERED.**

Dated:     New York, New York
           September 4, 2024

_____
STEWART D. AARON
United States Magistrate Judge