UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRANCISCO MELO–CORDERO,

               Plaintiff,

        -against-                                          21-CV-4837 (LAK)

WINDELL I. ROBINSON, et al.,

               Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        Jurisdiction is invoked pursuant to 28 U.S.C. § 1332. The complaint and amended complaint fail adequately to allege the existence of subject matter jurisdiction because, perhaps among other things, it fails adequately to allege:

- ☒ The citizenship of one or more natural persons. *See, e.g., Sun Printing & Publishing Ass'n v. Edwards,* 194 U.S. 377 (1904); *Leveraged Leasing Administration Corp. v. PacifiCorp Capital, Inc.,* 87 F.3d 44 (2d Cir. 1996).

- ☐ The citizenship of one or more corporations. *See* 28 U.S.C. § 1332(c)(1).

- ☐ The citizenship of one or more partnerships. *See Carden v. Arkoma Assocs.,* 494 U.S. 195 (1990).

- ☒ The exact nature and citizenship of one or more alleged limited liability companies. *See Handlesman v. Bedford Village Green Assocs. L.P.,* 213 F.3d 48, 52 (2d Cir. 2000).

        Absent the filing, on or before September 24, 2024, of a second amended complaint, amended solely so as to allege adequately the existence of subject matter jurisdiction, this action will be dismissed for lack of subject matter jurisdiction.

        SO ORDERED.

Dated:       September 10, 2024

                                                            Lewis A. Kaplan
                                                    United States District Judge