UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------x
FRANCISCO MELO–CORDERO,

                Plaintiff,

     -against-                                           21-CV-4837 (LAK)

WINDELL I. ROBINSON, et al.,

                Defendants.
------------------------------------------------x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

       The Court will hold a pretrial conference an Courtroom 21B, 500 Pearl Street, New York, New York at 10 a.m. on September 26, 2024 unless the action previously has been resolved. Counsel shall obtain settlement authority and shall arrange to have principals with further authority reachable by telephone. In the event the case remains pending at the conclusion of the conference, counsel shall be prepared promptly to file a joint pretrial order in the form required by the undersigned and to proceed to trial as soon as calendar time is available.

       SO ORDERED.

Dated:     September 10, 2024

                                                           _____
                                                                Lewis A. Kaplan
                                                      United States District Judge