UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FRANCISCO MELO CORDERO,

                      Plaintiff,

        -against-                                       21-cv-4837 (LAK)

WINDELL I. ROBINSON, et al.,

                      Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

        At the conference on September 26, 2024, counsel reported that an agreement in principle to settle this case had been agreed between plaintiff and counsel for Amazon subject to corporate approval by the latter, which was anticipated shortly. The Court has heard nothing further.

        The parties are to file a complete status report on or before February 1, 2025 failing which the action may be dismissed for failure to prosecute.

        SO ORDERED.

Dated:       January 15, 2025

                                                                Lewis A. Kaplan
                                                        United States District Judge