UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
FRANCISCO MELO–CORDERO,

                Plaintiff,

     -against-                                   21-CV-4837 (LAK)

WINDELL I. ROBINSON, et al.,

                Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

**ORDER**

LEWIS A. KAPLAN, *District Judge*.

        The parties, on or before March 10, 2025, shall file a joint pretrial order in the form prescribed by this Court's individual practices.

        The case is set for trial March 18, 2025 at 9:30 a.m.

        The reference to the Magistrate Judge for pretrial and dispositive motions is terminated.

        SO ORDERED.

Dated:     February 10, 2025

                                                        Lewis A. Kaplan
                                                United States District Judge