UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
FRANCISCO MELO–CORDERO,

            Plaintiff,

    -against-                          21-CV-4837 (LAK)

WINDELL I. ROBINSON, et al.,

            Defendants.
------------------------------------------x

**ORDER**

LEWIS A. KAPLAN, *District Judge.*

      Defendant Amazon Logistics, Inc. shall file and serve its response to plaintiff's motion to strike, Dkt 171, on or before March 10, 2025.

      SO ORDERED.

Dated:    March 5, 2025

                                            Lewis A. Kaplan
                                         United States District Judge