**AVILES LAW FIRM PLLC**
145 Hudson Street - Suite 5C
New York, New York 10013
Telephone (212) 307-0023
Telecopier (212) 307-0187

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/25

March 14, 2025

Dear Honorable Judge Lewis Kaplan:

This letter is to advise the Court that the plaintiff has settled his entire action against all defendants in this matter. We thank you for your assistance throughout this case. We will send someone to pick up the plaintiff's trial binders on Monday.

Very truly yours,

*Natascia Ayers*

_____
Natascia Ayers, Esq.

**MEMO ENDORSED**

In light of the settlement, the case is dismissed.

So Ordered: _____
Hon. Lewis A. Kaplan, U.S.D.J.
Dated: 3/14/2025